FILED

01/05/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0326

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0326

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

LAWRENCE MATTHEW BRASDA,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellee's motion for an extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including January 25, 2021, within which to prepare, serve, and file the State's response.

TKP

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 5 2021